UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
RIVERKEEPER, INC.,

                        Plaintiff,                   **ORDER**
                                                                                                    14-CV-3762 (LDH)(PK)

                  -against-

MLV CONCRETE, INC., EMPIRE TRANSIT
MIX, INC., and ROCCO TOMASSETTI

                        Defendants.
-------------------------------------------------------------------x
L<small>A</small>SHANN D<small>E</small>ARCY HALL, United States District Judge:

      On June 26, 2017, United States Magistrate Judge Peggy Kuo issued a report and recommendation (the "Report and Recommendation") (R. & R., ECF No. 49), which recommended that Plaintiff Riverkeeper, Inc.'s motion, with the consent of Defendant MLV Concrete, Inc., Defendant Empire Transit Mix, Inc., and Defendant Rocco Tomassetti's, for entry of the proposed consent decree be granted. (*See* Pls.' Mot. To Approve Consent J., ECF No. 47.) Any written objections to the report and recommendation had to be filed with the Clerk of Court within fourteen (14) days of the date of service of the report; responses to any objections were due fourteen (14) days thereafter. *See* Fed. R. Civ. P. 72(b)(2); 28 U.S.C. § 636(b)(1)(C).

      No objections have been filed to the Report and Recommendation. Where no objections to a report and recommendation have been filed, "the district court need only satisfy itself that there is no clear error on the face of the record." *Estate of Ellington ex rel. Ellington v. Harbrew Imps. Ltd.*, 812 F. Supp. 2d 186, 189 (E.D.N.Y. 2011) (quoting *Urena v. New York*, 160 F. Supp. 2d 606, 609-10 (S.D.N.Y. 2001)) (internal quotation marks and citations omitted). The Court has reviewed the Report and Recommendation for clear error and, finding none, hereby adopts the Report and Recommendation as the opinion of this Court.

1

Accordingly, Plaintiff's motion to approve the consent judgment is hereby granted. The Clerk of Court is directed to enter judgment accordingly and close this case.

Dated: July 25, 2017
      Brooklyn, New York

                              SO ORDERED:

                                  /s/ LDH
                              L<small>A</small>SHANN D<small>E</small>ARCY HALL
                              United States District Judge